FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 25, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA F.,<br><br>               Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | NO: 2:20-CV-00190-FVS<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand pursuant to sentence six of 42 U.S.C. §405(g). ECF No. 19. The Plaintiff is represented by Attorney Christopher H. Dellert. The Defendant is represented by Special Assistant United States Attorney Justin L. Martin.

Here, the parties agree that upon receipt of this order, the Appeals Council will continue to search for the paper claim file. If the paper file cannot be located in a reasonable period of time, the Appeals Council will remand the case to an ALJ to reconstruct the administrative record, hold another de novo hearing, and issue a new decision.

**IT IS HEREBY ORDERED**:

ORDER ~ 1

1. The parties' Stipulated Motion for Remand, ECF No. 19, is **GRANTED**.

2. The Commissioner's final decision is remanded for further proceedings pursuant to sentence six of 42 U.S.C. §405(g).

3. Upon remand to the Commissioner of Social Security, the Appeals Council shall continue to search for the paper claim file; and if the file cannot be located in a reasonable period of time, the Appeals Council shall remand this case to the ALJ to reconstruct the administrative record, hold a de novo hearing, and issue a new decision.

4. This Court retains jurisdiction pending further administrative development of the record pursuant to sentence four 42 U.S.C. 405(g).

5. The parties are directed to file a Joint Status Report as to the status of their search for the paper claim file 60 days from the entry of this Order.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel.

**DATED** March 25, 2021.

                              *s/Fred Van Sickle*
                                Fred Van Sickle
                    Senior United States District Judge

ORDER ~ 2